464 So.2d 547 (1985)
Freddie C. JONES, Appellant,
v.
STATE of Florida, Appellee.
No. 62,098.
Supreme Court of Florida.
February 21, 1985.
Kathleen Phillips, Coral Gables, and Joel V. Lumer, Sp. Asst. Public Defenders, Miami, for appellant.
Jim Smith, Atty. Gen., and Michael J. Neimand, Asst. Atty. Gen., Miami, for appellee.
PER CURIAM.
Reversed on authority of State v. Neil, 457 So.2d 481 (Fla. 1984), with directions to remand for a new trial.
It is so ordered.
BOYD, C.J., and OVERTON, McDONALD, EHRLICH and SHAW, JJ., concur.
ADKINS and ALDERMAN, JJ., dissent.